IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRITTNEY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHILDCAREGROUP, | ) |
| | ) |
| Defendant. | )   Civil Action No. 3:21-CV-0282-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** with prejudice.

SIGNED this 19th day of July, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE